IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| USHANGO OWENS, | § | |
| | § | No. 517, 2014 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware in and |
| v. | § | for New Castle County |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | Cr. ID No. 1403000854 |
| Appellee. | § | |

Submitted: October 7, 2014
Decided: October 8, 2014

**O R D E R**

This 8th day of October 2014, it appears to the Court that, by notice dated September 17, 2014, the appellant, Ushango Owens, was directed to show cause why this matter should not be dismissed for this Court's lack of jurisdiction to entertain a criminal interlocutory appeal. Owens has not responded to the notice to show cause. Owens' failure to respond to the notice to show cause is deemed to be his consent to the dismissal of this appeal.

NOW, THEREFORE, IT IS ORDERED, pursuant to Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/ Henry duPont Ridgely
Justice